**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 15-7189

GEORGE BRIDGES, JR.,

                    Plaintiff - Appellant,

          v.

JERRY R. TOWNSEND, Assistant Warden; ELIZA S. WILLIS,
Treatment Program Supervisor; M. K. LEFEVERS, NCC Unit
Manager,

                    Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.    Mark S. Davis, District
Judge. (2:12-cv-00703-MSD-TEM)

Submitted: November 19, 2015      Decided: November 24, 2015

Before NIEMEYER, KING, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

George Bridges, Jr., Appellant Pro Se.   Margaret Hoehl O'Shea,
OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia,
for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

George Bridges, Jr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Bridges v. Townsend, No. 2:12-cv-00703-MSD-TEM (E.D. Va. filed July 2, 2015, entered July 6, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED